# United States District Court
## Violation Notice

9046614

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| INSQ | 9046614 | Jones | 6626 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | 0926 | Offense Charged ☑CFR ☐USC ☐State Code |
|---|---|---|
| 12/04/2024 | | 39 CFR 232.1 (Ck)(2) |

Place of Offense: USPS CDMSC South Lot
11600 W Irving Park Rd, Chicago, DL

Offense Description: Factual Basis for Charge    HAZMAT ☐

Parking Without Authority ~handicap

### DEFENDANT INFORMATION

Last Name: Watkins    Ashley    D

Street Address: ████████████████████

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| DL95061 | IL | 2020 | Chevy Sedan | | Blk |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 150    Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →    $ 180    Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:    Date:    Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9046614*

CVB SCAN 01/02/2025 16:6

---

(For issuance of an arrest warrant or summons)

I state that on 12/4, 2024 while exercising my duties as a law enforcement officer in the Northern District of Illinois

I observed a black Chevy sedan with a plate number of DL95061 parked in a handicap spot without authority

The foregoing statement is based upon:

☑ my personal observation    ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/04/2024
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 01/02/2025 16:6